UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO LAZCANO-TAPIA,<br><br>Defendants. | Case No.:  19-mj-24156-KLS-GPC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>**[ECF Nos. 8, 16]** |

Before the Court is Appellant Modesto Lazcano-Tapia's unopposed motion for voluntary dismissal of his appeal from his order of detention.  ECF Nos. 7, 16.  Because the argument at issue in Mr. Lazcano-Tapia's appeal has been foreclosed by the United States Supreme Court in *Rizo-Rizo v. United States*, — S.Ct. —, 2022 WL 4652264 (Oct. 3, 2022), *denying cert. to United States v. Rizo-Rizo*, 16 F.4th 1292 (9th Cir. 2021), the Court GRANTS Mr. Lazcano-Tapia's motion, dismissing the appeal.

**IT IS SO ORDERED.**

Dated:  November 14, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1

19-mj-24156-KLS-GPC